OPINION — AG — THE ATTORNEY GENERAL IS OF THE OPINION THAT THE "APPROXIMATELY 400" FORMS AND SYSTEMS OF BOOKKEEPING FOR COUNTY OFFICERS, REFERRED TO BY YOU, AND WHICH ARE PREPARED BY THE STATE EXAMINER UNDER AUTHORITY OF 19 O.S. 1961 410.16 [19-410.16], SURPA, DO NOT COME WITHIN THE PURVIEW OF 75 O.S. 1963 Supp., 302 [75-302](A), SUBSECTION 2, ABOVE QUOTED. CITE: 75 O.S. 1963 Supp., 301-325 [75-301] — [75-325] 75 O.S. 1963 Supp., 308 [75-308], 75 O.S. 1961 251-257 [75-251] — [75-257] (FRED HANSEN)